HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
JABARI MONSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JABARI MONSON and SAUDIA MONSON,<br><br>Defendants | Case No. 2:19-mj-014 EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME**<br><br>Date: June 18, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Allison Claire |

Plaintiff, United States of America, by and through Assistant United States Attorney Grant Rabenn, and Defendants, Jabari Monson, through his attorney Lexi P. Negin, Assistant Federal Defender and Saudia Monson, through her attorney, Michael Long, hereby stipulate to continue the Preliminary Hearing set for June 18, 2019 to July 23, 2019, at 2:00 p.m.

The parties agree that the time beginning June 18, 2019 extending through July 23, 2019, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendants consent to an extension of the time for a Preliminary Hearing until July 23, 2019. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular,

the time is required so that the parties can conduct investigation and review discovery.  Mr. Monson and Mrs. Monson consent to this continuance.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

IT IS SO STIPULATED.


Dated: June 12, 2019                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Lexi P. Negin*
                                        LEXI P. NEGIN
                                        Assistant Federal Defender
                                        Attorney for JABARI MONSON

Dated: June 12, 2019                    */s/Michael D. Long*
                                        MICHAEL D. LONG
                                        Attorney for SAUDIA MONSON



Dated: June 12, 2019                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Grant Rabenn*
                                        GRANT RABENN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# **O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time. The Court finds that the Defendants consent to the extension of time for the Preliminary Hearing under Federal Rule of Criminal Procedure, Rule 5.1(d). The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to July 23, 2019, at 2:00 p.m.

2. The time between June 18, 2019, and July 23, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 13, 2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge